JS-6/ENTER
FILED
MAY 13 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VINCENT PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Warden,<br><br>    Respondent. | Case No. CV 10-10018-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 5-10-11

_____
Valerie Baker Fairbank
United States District Judge


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY